**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-8030

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NEVILLE SYLVESTER LESLIE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-98-152)

———————

Submitted: February 24, 2005          Decided: March 9, 2005

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Neville Sylvester Leslie, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neville Sylvester Leslie appeals the district court's order denying relief on his motion filed pursuant to 18 U.S.C. § 3742(a)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Leslie, No. CR-98-152 (E.D. Va. filed Dec. 17, 2004 & entered Dec. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED